B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Commonwealth Biotechnologies, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1641133** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**718 Grove Road**<br>**Midlothian, VA**<br>ZIP Code **23114** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chesterfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **601 Biotech Drive**<br>**Richmond, VA 23235** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Commonwealth Biotechnologies, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No. *See Attached Explanation*

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Commonwealth Biotechnologies, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Paula S. Beran
Signature of Attorney for Debtor(s)

**Paula S. Beran 34679**
Printed Name of Attorney for Debtor(s)

**Tavenner & Beran, PLC**
Firm Name

**20 North 8th Street**
**Second Floor**
**Richmond, VA 23219**
Address

**(804) 783-8300  Fax: (804) 783-0178**
Telephone Number

**January 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Richard J. Freer, Ph.D.
Signature of Authorized Individual

**Richard J. Freer, Ph.D.**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**January 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Commonwealth Biotechnologies, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-13467**.

2. The following financial data is the latest available information and refers to the debtor's condition on **09/30/2010**.

   a. Total assets                                            $ **9,814,300.00**

   b. Total debts (including debts listed in 2.c., below)     $ **4,903,369.00**

   c. Debt securities held by more than 500 holders:

   | | | | Approximate number of holders: |
   |---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock         0           0

   e. Number of shares common stock         9,906,338         0

   Comments, if any:

3. Brief description of Debtor's business:
   **Established for specialized life sciences services in pharmaceutical and biotechnology. In 2009, sold two business units. Now consists of Richmond real estate and stock in Australian R&D business (Mimotopes, PTY Ltd).**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Venturepharm Lab. Inc.
   VPS Tower, No.3, Jinzhuang, Sijiqing
   Haidian District
   Beijing, 100097, China**

Attachment to Exhibit C of Bankruptcy Petition: The building poses no imminent danger.

The building included in the real estate known as 601 Biotech Drive, located in Chesterfield County, Virginia houses certain substances generally referred to as Select Agents and Toxins as defined in the Code of Federal Regulations (CFR), specifically 42CFR part 73. More specifically, the Real Estate is a registered site for the Select Agent Program of the Centers for Disease Control and Prevention (CDC) and is under strict regulation by the CDC to ensure the safety of those in the facility, the neighboring community, and the environment. The facility is operated under an approved health & safety program administered by an on site safety officer.

In addition, there is a site specific license granted by the Nuclear Regulatory Commission (NRC) under the Energy Reorganization Act of 1974 to use radioisotopes. The use of radioisotopes is also closely regulated under federal guidelines summarized in the NUREG 0980, Volume 2, #8, published by the Office of the General Counsel, U.S. Nuclear Regulatory Commission. This program is also under the control of the on site safety officer.

# COMMONWEALTH BIOTECHNOLOGIES, INC.
a Virginia corporation
(the "Corporation")

## RESOLUTIONS OF THE BOARD OF DIRECTORS

RESOLVED, that the Corporation shall be, and hereby is, authorized to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia or such other court as the appropriate officer or officers of the corporation shall determine to be appropriate (the "Bankruptcy Court"); and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that any CEO, any president, any vice president, any secretary, or any treasurer of the Corporation (collectively, the "Designated Officers" and each a "Designated Officer") shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of and in the name of the Corporation to: (a) execute and verify the Petition and all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Designated Officers of the Corporation shall be, and each of them hereby is, authorized, directed and empowered to retain, on behalf of the Corporation Tavenner & Beran, PLC in connection with the Corporation's chapter 11 case and other related matters, and the law firm, Tavenner & Beran, PLC shall be, and hereby is authorized, empowered, and directed to represent the Corporation, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Corporation in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

I, Richard J. Freer, do hereby certify that I am the CEO and Acting Secretary of Commonwealth Biotechnologies, Inc., a corporation organized and existing under and by virtue of the laws of Virginia. I do further certify that the foregoing are true and correct resolutions duly adopted by the consent of the Board of Directors of said Corporation on July 22, 2010 and on January 10, 2011.

I do further certify that such resolutions have been included in the minutes of such meetings of the Board of Directors of such Corporation, have not been altered, amended or repealed and are now in full force and effect.

IN WITNESS WHEREOF, I have hereunto subscribed my name on this 18 day of January, 2011.

COMMONWEALTH BIOTECHNOLGIES, INC.
a Virginia corporation

By: _____
        CEO and Acting Secretary

I, Vincent B. McNelley, Acting Principal Financial Officer of Commonwealth Biotechnologies, Inc., hereby certify that Richard J. Freer, PhD. is the duly appointed, qualified and Acting Secretary of the Corporation and that the signature set forth above is his true signature..

_____
Vincent B. McNelley
Acting Principal Financial Officer
Commonwealth Biotechnologies, Inc

2

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Commonwealth Biotechnologies, Inc.**  
                                   Debtor(s)

Case No. _____  
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Commonwealth Biotechnologies, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Venturepharm Lab. Inc.**
**VPS Tower, No. 3, Jinzhuang**
**Sijiqing Haidian Dst., Beijing**
**CHINA**

☐ None [*Check if applicable*]

**January 20, 2011**  
Date

/s/ Paula S. Beran  
Paula S. Beran  
Signature of Attorney or Litigant  
Counsel for   **Commonwealth Biotechnologies, Inc.**  
**Tavenner & Beran, PLC**  
**20 North 8th Street**  
**Second Floor**  
**Richmond, VA 23219**  
**(804) 783-8300 Fax:(804) 783-0178**

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Commonwealth Biotechnologies, Inc.**            Case No.       
                                             Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 20, 2011**        **/s/ Richard J. Freer, Ph.D.**
                                              **Richard J. Freer, Ph.D./CEO**
                                              Signer/Title

3M Microbiology
Customer Service Department
275 5W 05
Saint Paul, MN 55144


Alpha Capital
150 Central Park South
New York, NY 10019


Applied Biosystem, Inc.
PO Box 88976
Chicago, IL 60695-1976


Assameka Capital
30 Olympia Lane
Monsey, NY 10952


Atlantic Constructors
1401 Battery Brook Parkway
Richmond, VA 23237


BB&T
Attn: Susan Raher
823 East Main St., 9th Floor
Richmond, VA 23219


Bio-Rad
Life Sciences Group
Department 9750
Los Angeles, CA 90084-9750


Bostwick Laboratories
4355 Innslake Drive
Glen Allen, VA 23060


Bostwick Laboratories
c/o Wyatt S. Beasley, IV
1201 E. Cary Street
Richmond, VA 23219


Brandywine Realty Trust
300 Arboretum Place
Suite 330
Richmond, VA 23236

Bridget Fenker Marketing
1130 High Street
Alameda, CA 94510


Brio Capital
401 East 34th Street
Suite South 33C
New York, NY 10016


Broadridge Financial
PO Box 23487
Newark, NJ 07189


Centurion
3014 Avenue L
Brooklyn, NY 11210


City of LA
PO Box 53232
Los Angeles, CA 90053


Clontech
1290 Terra Bella Avenue
Mountain View, CA 94043


Computer Patent Annuities Ltd
CPA Global North America LLC
2318 Mill Road, 12th Flr
Alexandria, VA 22314


Contract Laboratory
3553 31st Street, SW
Calgary, Alberta, T2L2K7
CANADA


Creosalus
5609 Fern Valley Road
Louisville, KY 40228


DHL Express
PO Box 840032
Dallas, TX 75284-0032

Dominion Virginia Power
PO Box 26543
Richmond, VA 23290


Dr. Richard J. Freer
8110 Westbury Drive
Richmond, VA 23229


Edge Biosystemns, Inc.
201 Perry Parkway
Suite 5
Gaithersburg, MD 20877


Eric Tao
AGI Capital Croup, Inc.
San Francisco, CA


Fairfax Cryobank
3015 Williams Drive
Fairfax, VA 22031


Federal Express Corporation
PO Box 371461
Pittsburgh, PA 15250-7461


Fisher Scientific
PO Box 404705
Atlanta, GA 30384-4705


Fornova Pharmaworld US
PO Box 9398, 9-1-301
Beijing, 100093
CHINA


Gary Shaffer, Esq.
901 Banks Place
Alexandria, VA 22312


Genessee Scientific
8430 Juniper Creek Lane
San Diego, CA 92126


GTS
PO Box 7777
Philadelphia, PA 19175

Ikon Financial
PO Box 740540
Atlanta, GA 30374-0540


Internal Revenue Service
PO Box 16236
Philadelphia, PA 19114


Internal Revenue Service
Centralized Insolvency Unit
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
c/o Stephen M. Friedberg
600 E. Main Street, Suite 1601
Richmond, VA 23219


Internal Revenue Service
P.O. Box 10025
Stop Room 898
Richmond, VA 23240


James Brennan
8602 Royal Birkdale Drive
Richmond, VA 23236


James D. Causey
Dominion Media
150 Granby Street, 13th Floor
Norfolk, VA 23510


LH Financial
150 Central Park South
New York, NY 10019


Louis Smith Construction
731 Grove Road
Midlothian, VA 23114


Lovelace Laboratories
Attn: Accounts Receivable
2425 Ridgecrest SE
Albuquerque, NM 87108

Maria Song, Ph.D, MD.R.Pharm,
VPS Tower, No. 3, Jinzhuang,
Haidian Dst., Beijing 100097
CHINA


Mark Hober
3144 Sandlewood Court
Lafayette, CA 94549


Mark K. Ames
Taxing Authority Consulting
2812 Emerywood Pkwy, Suite 220
Richmond, VA 23294


Metalbiologics
505 S Rosa Road
Madison, WI 53719


Mikio Taniguchi
2-24-8 Shonandai
Fujisawa, Kanagawa
JAPAN


NASDAQ
PO Box 8500
Philadelphia, PA 19178-0200


Nell H. MacBride
United States Attorney
600 E. Main Street, Suite 1800
Richmond, VA 23219-2447


Office Depot
PO Box 630813
Cincinnati, OH 45263-0813


Promega
PO Box 689768
Milwaukee, WI 53268-9768


Qiagen Inc.
PO Box 5132
Carol Stream, IL 60197-5132

Richard J. Freer, Ph.D.
718 Grove Road
Midlothian, VA 23114


Royal Bahamas Police Force
PO Box N-458 East Street
Nassua
BAHAMAS


RR Donnelly
PO Box 905151
Charlotte, NC 28290-5151


Samuel P. Sears, Jr., Esq.
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, MA 02210


Secretary of the Treasury
15th & Penn Ave, N.W.
Washington, DC 20020


Shimadzu
7102 Riverwood Drive
Columbia, MD 21046


Treasurer of Chesterfield
PO Box 124
Chesterfield, VA 23832


VA Department of Taxation
PO Box 1478
Richmond, VA 23218


VA Department of Taxation
PO Box 2156
Richmond, VA 23218


Varian
PO Box 93752
Chicago, IL 60673


Veolia ES Tech Solutions
PO Box 73709
Chicago, IL 60673-7709

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Commonwealth Biotechnologies, Inc.**                    Case No. _____
                                         Debtor(s)                      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| 3M Microbiology Customer Service Department 275 5W 05 Saint Paul, MN 55144 | 3M Microbiology Customer Service Department 275 5W 05 Saint Paul, MN 55144 | | | 9,018.00 |
| Applied Biosystem, Inc. PO Box 88976 Chicago, IL 60695-1976 | ABI PO Box 88976 Chicago, IL 60695-1976 | | | 63,719.27 |
| Atlantic Constructors 1401 Battery Brook Parkway Richmond, VA 23237 | Atlantic Constructors 1401 Battery Brook Parkway Richmond, VA 23237 | | | 21,370.00 |
| Brandywine Realty Trust 300 Arboretum Place Suite 330 Richmond, VA 23236 | Brandywine Realty Trust 300 Arboretum Place Suite 330 Richmond, VA 23236 | | | 8,927.96 |
| Dominion Virginia Power PO Box 26543 Richmond, VA 23290 | Dominion Virginia Power PO Box 26543 Richmond, VA 23290 | | | 10,780.72 |
| Federal Express Corporation PO Box 371461 Pittsburgh, PA 15250-7461 | Federal Express Corporation PO Box 371461 Pittsburgh, PA 15250-7461 | | | 6,210.48 |
| Fisher Scientific PO Box 404705 Atlanta, GA 30384-4705 | Fisher Scientific PO Box 404705 Atlanta, GA 30384-4705 | | | 27,103.24 |
| Fornova Pharmaworld US PO Box 9398, 9-1-301 Beijing, 100093 CHINA | Fornova PO Box 9398, 9-1-301 Beijing, 100093 CHINA | | | 622,167.00 |
| Gary Shaffer, Esq. 901 Banks Place Alexandria, VA 22312 | Gary Shaffer, Esq. 901 Banks Place Alexandria, VA 22312 | | | 24,242.00 |
| Ikon Financial PO Box 740540 Atlanta, GA 30374-0540 | Ikon Financial PO Box 740540 Atlanta, GA 30374-0540 | | | 12,060.92 |
| James Brennan 8602 Royal Birkdale Drive Richmond, VA 23236 | James Brennan 8602 Royal Birkdale Drive Richmond, VA 23236 | | | 25,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Commonwealth Biotechnologies, Inc.**  Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lovelace Laboratories<br>Attn: Accounts Receivable<br>2425 Ridgecrest SE<br>Albuquerque, NM 87108 | Lovelace Laboratories<br>Attn: Accounts Receivable<br>2425 Ridgecrest SE<br>Albuquerque, NM 87108 | | | 90,232.00 |
| Mark Hober<br>3144 Sandlewood Court<br>Lafayette, CA 94549 | Mark Hober<br>3144 Sandlewood Court<br>Lafayette, CA 94549 | | | 28,519.00 |
| Metalbiologics<br>505 S Rosa Road<br>Madison, WI 53719 | Metalbiologics<br>505 S Rosa Road<br>Madison, WI 53719 | | | 8,490.00 |
| Mikio Taniguchi<br>2-24-8 Shonandai<br>Fujisawa, Kanagawa<br>JAPAN | Mikio Taniguchi<br>2-24-8 Shonandai<br>Fujisawa, Kanagawa<br>JAPAN | | | 15,000.00 |
| Office Depot<br>PO Box 630813<br>Cincinnati, OH 45263-0813 | Office Depot<br>PO Box 630813<br>Cincinnati, OH 45263-0813 | | | 6,641.56 |
| Promega<br>PO Box 689768<br>Milwaukee, WI 53268-9768 | Promega<br>PO Box 689768<br>Milwaukee, WI 53268-9768 | | | 6,975.00 |
| Qiagen Inc.<br>PO Box 5132<br>Carol Stream, IL 60197-5132 | Qiagen Inc.<br>PO Box 5132<br>Carol Stream, IL 60197-5132 | | | 6,451.28 |
| RR Donnelly<br>PO Box 905151<br>Charlotte, NC 28290-5151 | RR Donnelly<br>PO Box 905151<br>Charlotte, NC 28290-5151 | | | 6,753.00 |
| Treasurer of Chesterfield<br>PO Box 124<br>Chesterfield, VA 23832 | Treasurer of Chesterfield<br>PO Box 124<br>Chesterfield, VA 23832 | | | 23,708.44 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 20, 2011**   Signature   **/s/ Richard J. Freer, Ph.D.**
                                         Richard J. Freer, Ph.D.
                                         CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.